1006

No. 1616, Misc. CHRISTIAN *v.* JACKSON COUNTY. Ct. Crim. App. Okla. Certiorari denied.

No. 1618, Misc. DENHAM *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Gerald W. Getty, Marshall J. Hartman,* and *James J. Doherty* for petitioner.

No. 1619, Misc. CRAIG *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1622, Misc. MOORE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1624, Misc. TAPLIN *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1626, Misc. HENDERSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 1638, Misc. GRIFFIN *v.* MARTIN, CORRECTION COMMISSIONER. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Paul Taylor* for petitioner.

No. 1647, Misc. McCRAY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 1648, Misc. HOPSON *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.